No. 817.   WHITAKER CABLE CORP. *v.* FEDERAL TRADE COMMISSION, *ante,* p. 938.   Rehearing denied.   MR. JUSTICE WHITTAKER took no part in the consideration or decision of this application.

MAY 20, 1957.

No. 845.   SACK *v.* OREGON.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.   *John P. Hannon* for appellant.   *Robert Y. Thornton,* Attorney General of Oregon, and *J. Raymond Carskadon* for appellee.

No. 843.   MESTICE *v.* BOROUGH OF NEPTUNE CITY, N. J., ET AL.   *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.   Appellant *pro se.   Joseph R. Megill* and *David Goldstein* for appellees.

No. 866.   SUN OIL CO. *v.* STATE MINERAL BOARD ET AL.   *Per Curiam:* The appeal is dismissed for want of a substantial federal question.   *Alvin O. King* and *Thomas Cooney Hall* for appellant.

No. 618, Misc.   TOUHY *v.* ILLINOIS.   *Per Curiam:* The appeal is